UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PANDA PAWS RESCUE, et al., | CASE NO. C20-5700JLR |
| Plaintiffs, | ORDER STRIKING DEFENDANT'S MOTION FOR WITHDRAWAL AND SUBSTITUTION |
| v. | |
| GARY WALTERS, | |
| Defendant. | |

Before the court is Defendant Gary Walters's unopposed motion to allow withdrawal and substitution of counsel for Defendant. (Mot. (Dkt. # 19).) Mr. Walters represents that his motion is unopposed. (*See id.*) Because Mr. Walters's motion does not comply with this court's local rules, the court STRIKES Mr. Walters's motion.

Local Rule 83.2(b) governs the procedures that attorneys must follow to withdraw from civil cases in this district. Local Rules W.D. Wash. LCR 83.2(b). The local rules prescribe that leave to withdraw "shall be obtained by filing a motion or a stipulation for withdrawal . . . ." *Id.* at 83.2(b)(1). A motion for withdrawal "shall be noted in

ORDER - 1

1 | accordance with LCR 7(d)(3).  *Id.*  Alternatively, a stipulation and proposed order for

2 | withdrawal "must (1) be signed by all opposing counsel or *pro se* parties, and (2) be

3 | signed by the party's new counsel, if appropriate . . . ."  *Id.*

4 | Here, although Mr. Walters states that his motion is unopposed, he has not filed a

5 | stipulation and proposed order in accordance with LCR 83.2(b)(1) and LCR 7(d)(1).  (*See*

6 | *generally* Mot.)  Absent a stipulation signed by opposing counsel, Mr. Walters must file a

7 | motion for withdrawal and substitution pursuant to LCR 83.2(b)(1) and LCR 7(d)(3).

8 | Accordingly, the court STRIKES Mr. Walters's motion (Dkt. # 19).  Should Mr. Walters

9 | seek substitution of counsel, he shall file either a motion for withdrawal and substitution

10 | or a stipulated motion and proposed order that complies with the court's local rules.

11 | Dated this 2nd day of November, 2020.

_____
JAMES L. ROBART
United States District Judge