Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| PANDA PAWS RESCUE, a Washington nonprofit corporation, and AMANDA GIESE, an individual, personally and on behalf of her minor child,<br><br>                Plaintiffs,<br><br>        v.<br><br>GARY WALTERS, an individual,<br><br>                Defendant. | Civil Action No. 3:20-cv-05700-JLR<br><br>[~~PROPOSED~~] ORDER ALLOWING WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT |

PURSUANT TO THE STIPULATED MOTION OF THE PARTIES ALLOWING WITHDRAWAL AND SUBSTITUTION OF COUNSEL, IT IS SO ORDERED:

The withdrawal of Scott T. Schauermann is effective immediately and Scott S. Anders and Joseph A. Rohner IV of Jordan Ramis are hereby entered into the case as substituting attorneys immediately.

DATED this 3rd day of November, 2020.

_____
The Honorable James L. Robart
U.S. District Judge

ORDER ALLOWING WITHDRAWAL AND SUBSTITUTION
OF COUNSEL (3:20-cv-5700-JLR) - 1

JORDAN RAMIS PC
1499 SE Tech Center Place, Ste. 380
Vancouver, Washington 98683
(360) 567-3900
55246-78761 4814-7428-5264.1

1

2  PRESENTED BY:

3  */s/ Scott S. Anders*
Scott S. Anders, WSBA #19732

4

5  APPROVED:

6  */s/ Timothy S. DeJong*
Timothy S DeJong, WSBA #20941
7  Megan K Houlihan, WSBA #53293
Attorneys for Plaintiffs

8

9  */s/ Scott T. Schauermann*
Scott T. Schauermann, WSBA #26785
10  Brian B. Williams, WSBA #28879
Withdrawing Attorney for Defendant Gary Walters

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER ALLOWING WITHDRAWAL AND SUBSTITUTION
OF COUNSEL (3:20-cv-5700-JLR) - 2

JORDAN RAMIS PC
1499 SE Tech Center Place, Ste. 380
Vancouver, Washington 98683
(360) 567-3900
55246-78761 4814-7428-5264.1