Honorable James L. Robart

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

TACOMA DIVISION

| | |
|---|---|
| PANDA PAWS RESCUE, a Washington nonprofit corporation,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>GARY WALTERS, an individual,<br><br>　　　　　　Defendant. | Case No.: 3:20-cv-5700-JLR<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>NOTE ON MOTION CALENDAR:<br>January 27, 2021 |

### I.　　STIPULATION

Subject to approval of this Court and pursuant to Local Rules 7(d)(1) and 10(g), Plaintiff Panda Paws Rescue and Defendant Gary Walters, by and through their attorneys, hereby stipulate and agree to extend the time for Defendant Gary Walters to respond to the Second Amended Complaint (ECF 30) by fourteen (14) days, or up to and including February 12, 2021, to facilitate settlement discussions in which the parties are actively engaged.

//

//

//

//

//

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO
SECOND AMENDED COMPLAINT – 1
3:20-CV-5700-JLR

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

Stipulated and presented this 27th day of January, 2021.

| STOLL STOLL BERNE LOKTING & SHLACHTER P.C. | SINGH, SINGH & TRAUBEN, LLP |
|---|---|

*By: /s/*Timothy S. DeJong  
   Timothy S. DeJong WSBA No. 20941  
   Email: tdejong@stollberne.com  
   Megan K. Houlihan WSBA No. 53293  
   Email: mhoulihan@stollberne.com  

209 SW Oak Street, Suite 500  
Portland, OR 97204  
Telephone:(503) 227-1600  
Facsimile: (503) 227-6840  

**Attorneys for Plaintiff Panda Paws Rescue**

*By: /s/* Michael Trauben  
   Michael Trauben (*pro hac vice*)  
   Email: mtrauben@singhtraubenlaw.com  

400 South Beverly Drive, Suite 240  
Beverly Hills, CA 90212  
Telephone: (310) 856-9705  
Facsimile: (888) 734-3555  

-And-

Scott S. Anders WSBA No. 19732  
Email: scott.anders@jordanramis.com  
Joseph A. Rohner, IV WSBA No. 47117  
Email: joseph.rohner@jordanramis.com  
Jordan Ramis PC (Vancouver)  
1499 SE Tech Center Place, Suite 380  
Vancouver, WA 98683  
Telephone: (360) 567-3904  
Facsimile: (360) 567-3901  

**Attorneys for Defendants Gary Walters**

## II.   ORDER

It is so Ordered.

Dated this 27th day of January, 2021.

*[signature]*

_____  
The Honorable James L. Robart  
U.S. District Court Judge

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT – 2  
3:20-CV-5700-JLR

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.  
209 S.W. OAK STREET, SUITE 500  
PORTLAND, OREGON 97204  
TEL. (503) 227-1600   FAX (503) 227-6840