Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| PANDA PAWS RESCUE, a Washington nonprofit corporation, and AMANDA GIESE, an individual, personally and on behalf of her minor child,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>GARY WALTERS, an individual,<br><br>　　　　　　　　Defendant. | Case No. 3:20-cv-5700-JLR<br><br>**ORDER GRANTING STIPULATED MOTION TO AMEND COMPLAINT** |

This matter is before the Court on the parties' **STIPULATED MOTION TO AMEND COMPLAINT** (the "Stipulated Motion"). The Court, having considered this matter and the record in this case, ORDERS as follows:

The Stipulated Motion is GRANTED in its entirety. Plaintiff will file the Third Amended Complaint on or before February 12, 2021. Pursuant to Fed. R. Civ. P. 15(a)(3), Defendant shall then file a responsive pleading to the Third Amended Complaint within 14 days thereof, specifically on or before February 26, 2021.

DATED this 12th day of February, 2021.

_____
Honorable James L. Robart
United States District Judge

**ORDER GRANTING STIPULATED MOTION TO AMEND COMPLAINT** - 1

Presented By:
Dated this 11th day of February, 2021.

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.

By: s/Timothy S. DeJong
   **Timothy S. DeJong**, WSBA No. 20941
   **Megan K. Houlihan,** WSBA No. 53293

209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone:  (503) 227-1600
Facsimile:  (503) 227-6840
Email:  tdejong@stollberne.com
       mhoulihan@stollberne.com

**Attorneys for Plaintiffs**


SINGH, SINGH & TRAUBEN, LLP

By: s/ Michael Trauben
   Michael Trauben (pro hac vice)

400 South Beverly Drive, Suite 240
Beverly Hills, CA 90212
Telephone:  310-856-9705
Facsimile:  888-734-3555
Email:  mtrauben@singhtraubenlaw.com

And

Scott S. Anders, WSBA No. 19732
Joseph A. Rohner, IV, WSBA No. 47117
JORDAN RAMIS PC (VANCOUVER)
1499 SE Tech Center Place, Suite 380
Vancouver, WA 98683
Telephone:  360-567-3904
Facsimile:  360-567-3901
Email:  scott.anders@jordanramis.com
      joseph.rohner@jordanramis.com

**Attorneys for Defendant**

**ORDER GRANTING STIPULATED MOTION TO AMEND COMPLAINT** - 2

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840